*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

v.

GINA P. SOLOW,
JAMIE L. SOLOW,
JSOLOW CONDO ONE, INC.,
VIRTUALBANK, F.S.B.
    n/k/a LYDIAN PRIVATE BANK, S.A.,
WASHINGTON MUTUAL BANK, F.A.
    n/k/a JP MORGAN CHASE BANK, N.A., and
FEDERATION ADVANCES CORP. LLC,

*Defendants,*

JP MORGAN CHASE BANK, N.A.,
BANK OF AMERICA, N.A.,
NORTHERN TRUST, N.A.,
CITIBANK, N.A.,
SUNTRUST BANK,
WACHOVIA BANK, N.A.,
SCHOEPPL & BURKE, P.A.,
ADORNO & YOSS, P.A., and
DONLEVY-ROSEN & ROSEN, P.A.,

*Garnishees.*

**Action No. 0:09-cv-61868-DMM**

**ANSWER OF GARNISHEE**



FILED by _____ D.C.

DEC 15 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Howard D. Rosen , BEING DULY SWORN DEPOSES AND SAYS:
_____
(Affiant)

IF THE GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business as _____, with an

address of _____ , or

    That he/she is Garnishee herein residing at _____.

IF THE GARNISHEE IS A PARTNERSHIP:

That he/she is a _____ (title), of Garnishee, _____ (business

name), a (general/limited) partnership organized under the laws of the State of _____

, doing business in the name of _____, at _____

(address of business).


IF THE GARNISHEE IS A LIMITED LIABILITY COMPANY:

That he/she is the (manager/managing member) of Garnishee, a Limited Liability

Company organized under the laws of the State of _____ , doing business

in the name of _____, at _____ (address of

business), or

That he/she is the _____ (title) of _____ (entity manager or

managing member) of Garnishee, a Limited Liability Company organized under the laws of the

State of _____ , doing business in the name of _____,

at _____ (address of business).

IF THE GARNISHEE IS A CORPORATION:

That he/she is the (title) <u>Treasurer</u> of Garnishee, <u>Donlevy-Rosen & Rosen, P.A.</u>, a

corporation organized under the laws of the State of <u>Florida</u>, doing business at

<u>2121 Ponce de Leon Blvd, Ste 320 Coral Gables, FL 33134</u> (address of business).


On <u>December 10th</u>, 2009, Garnishee was served with the Writ of Garnishment.


The Garnishee has custody, control or possession of the following property (non-

earnings), in which Gina P. Solow (the "Debtor") maintains an interest, as described below:

2

|     | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|-----|------------------------|-------------------|----------------------------------------------|
| 1.  | Cash                   | $2,770.95         | Funds held in IOTA trust account in accordance with The Rules Regulating The Florida Bar |
| 2.  | - - - - - - - - - - - - - - - |             |                                              |
| 3.  | - - - - - - - - - - - - - - - |             |                                              |
| 4.  | - - - - - - - - - - - - - - - |             |                                              |

Garnishee anticipates owing to the Debtor in the future, the following amounts:

|     | Amount        | Estimate Date or Period Due |
|-----|---------------|------------------------------|
| 1.  | None.         |                              |
| 2.  | - - - - - - - - - - - - - - - |              |
| 3.  | - - - - - - - - - - - - - - - |              |
| 4.  | - - - - - - - - - - - - - - - |              |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____   [The Garnishee makes the following claim of exemption on the part of Debtor.]

___x___   [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply

Garnishee's indebtedness to Defendant upon Plantiff's claim:]

Defendant/Debtor Gina P. Solow is indebted to Garnishee in the amount of $3,934.00, calculated as follows:

August 14, 2009 Invoice for $3,634.00 (attached as Exhibit "A")

November 17, 2009 Invoice for $300.00 (attached as Exhibit "B")

and Garnishee claims such debts as set-offs.

The Garnishee mailed a copy of this answer by first-class mail to: (1) the Debtor, Gina P.

Solow, 4240 Galt Ocean Drive, Unit 504, Fort Lauderdale, FL 33308, and any other address of

the Debtor maintained by the Garnishee; and, (2) the U.S. Securities and Exchange Commission,

100 F Street, N.E., M.S. 6030, Washington, DC 20549, Attn: John G. Silbermann.

Garnishee

Subscribed and sworn to before me this
14th day of December , 2009

Notary Public
My commission expires:

Notary Public State of Florida
Sam Phillips
My Commission DD793637
Expires 06/01/2012

4

Exhibit "A"

LAW OFFICES

# DONLEVY-ROSEN & ROSEN

PROFESSIONAL ASSOCIATION

2121 PONCE de LEON BLVD - SUITE 320

CORAL GABLES, FLORIDA 33134

HOWARD D. ROSEN
PATRICIA DONLEVY-ROSEN
(ALSO ADMITTED IN NEW YORK)

INTERNET: PROTECTYOU.COM
TELEPHONE (305) 447-0061
TELECOPIER (305) 444-3683

August 14, 2009

Mrs. Gina P. Solow
4240 Galt Ocean Drive - # 504
Ft. Lauderdale, FL   33308

For Professional Legal Services Rendered:

TRAVEL TO AND FROM AND ATTENDANCE AT HEARING IN WEST PALM BEACH **AUGUST 14 2009**:

| | |
|---|---|
| **LEGAL FEE (NET OF WITNESS FEES RECEIVED):** | **$ 5,634.00** |
| LESS: PAYMENT (Oct. 5, 2009): | 2,000.00 |
| **BALANCE DUE:** | **$ 3,634.00** |

Thank you.

5

Exhibit "B"

LAW OFFICES

## DONLEVY-ROSEN & ROSEN

PROFESSIONAL ASSOCIATION
2121 PONCE DE LEON BOULEVARD - SUITE 320
CORAL GABLES, FLORIDA 33134

HOWARD D. ROSEN
PATRICIA DONLEVY-ROSEN
(ALSO ADMITTED IN NEW YORK)

TELEPHONE (305) 447-0061
TELECOPIER (305) 447-9888
INTERNET: PROTECTYOU.COM

November 17, 2009

Gina P. Solow
4240 Galt Ocean Drive - # 504
Ft. Lauderdale, FL  33308

For Professional Legal Services:

ANNUAL LIAISON SERVICE

**LEGAL FEE NOW DUE:**                                   **$ 300.00**

Thank you.

**PLEASE REMIT THIS INVOICE TO ABOVE ADDRESS**

ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

> Clerk, United States District Court
> 701 Clematis Street, Room 202
> West Palm Beach, FL 33401

And a copy of this Answer to:

> U.S. Securities and Exchange Commission
> 100 F Street, NE
> Mail Stop 6030
> Washington, DC 20549
> Attn: John G. Silbermann

And to:

> Gina P. Solow
> 4240 Galt Ocean Drive, Unit 504
> Fort Lauderdale, FL 33308
>
> Any other address of the Debtor maintained by the
> Garnishee